UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                                 March 17, 2017

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter:  Lisa Marcus

Title of Case:                                                  Docket #  Civil 15-49(JBS/KMW)
RUGGIERO
   VS
YAMAHA MOTOR CORP., ET AL

Appearances:
Gary Ginsberg, Esq. for plaintiff
Rick Mueller, Esq. for deft
Robert Asancao, Esq. for deft.

Nature of Proceedings:     DAUBERT HEARING
Daubert hearing as to expert testimony of William Kitzes
William Kitzes sworn for plaintiff
Ordered Decision Reserved
Hearing on motion of summary judgment (24)
Ordered Decision Reserved


Time Commenced 10:15 am Time Adjourned  1:45 pm Total Time: 3 Hours 30 Minutes


                                             s/ *Marnie Maccariella*
                                             **DEPUTY CLERK**


cc:  Chambers